NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NATHAN KING,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7159

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-4533, Judge Ronald M. Holdaway.

---

**ON MOTION**

---

## O R D E R

Eric K. Shinseki, Secretary of Veterans Affairs, moves for a 61-day extension of time, until February 1, 2012, to file his response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

DEC 0 7 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Michael Lawrence Varon, Esq
Michael D. Austin, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 0 7 2011

JAN HORBALY
CLERK